IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FEB 1 3 2018

Clerk, U S District Court
District Of Montana
Billings

MAJESTIC HOMES, INC.,

    Plaintiff,

vs.

ROSE HURT,

    Defendants.

CV 16-08-BLG-SPW

ORDER

The Court held a final pretrial conference on February 12, 2018. Adam J. Tunning appeared in person on behalf of the Plaintiff. Mark C. Sherer appeared in person on behalf of the Defendant. The final pretrial order was filed on February 12, 2018. (Doc. 44). Based on discussions held on the record in the final pretrial conference, the Court supplements the final pretrial order as follows:

1. The deadline to waive the right to a jury trial is **February 21, 2018**.

2. The deadline to submit proposed findings of fact and conclusions of law is **February 23, 2018**.

3. Plaintiff's proposed Exhibit 1 is admitted.

4. The issue of the unpaid purchase price of the goods will not be submitted to the jury because it is undisputed Plaintiff is entitled to the unpaid purchase price of the goods, which is $115,989.00.

1

5. The Court will conduct voir dire. The parties will each receive 15 minutes to conduct additional voir dire.

6. The parties shall file joint proposed supplemental instructions to replace joint proposed instructions 4 and 5. The joint proposed supplemental instructions shall be titled 4A and 5A.

7. The parties shall file a new joint proposed special verdict form consistent with this order.

DATED this 12th day of February, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge