UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MAJESTIC HOMES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROSE HURT, <br><br> Defendant. | Case No. CV-16-08 -BLG-SPW <br><br> JUDGMENT IN A CIVIL CASE |

This action came before the Court for a trial by jury. The issue has been tried and the jury has rendered its verdict. Additional claims were previously decided by the Court.

    IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Majestic Homes and against Rose Hurt in the following amounts: $115,989.00 for the unpaid purchase price of the goods; $16,770.00 for incidental damages; and $27,547.40 for prejudgment interest on the unpaid purchase price of the goods; the post judgment interest to which Majestic Homes is entitled until the judgment is satisfied in full as ordered per the Court's Order E.C.F. 59.

    Dated this 2nd day of March, 2018.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ E.Hamnes
                                    E.Hamnes, Deputy Clerk